**STATE of Missouri, Respondent**

v.

**Orlanda Cepedea ROWE, Appellant.**

**No. WD 76829.**

Missouri Court of Appeals,
Western District.

Oct. 14, 2014.

Ellen Flottman, Columbia, MO, for Appellant.

Gregory Barnes, Jefferson City, MO, for Respondent.

Before Division Two: VICTOR C. HOWARD, P.J., JAMES EDWARD WELSH, and ANTHONY REX GABBERT, JJ.

### ORDER

PER CURIAM.

Orlanda Cepedea Rowe appeals the circuit court's judgment convicting him of burglary in the first degree and invasion of privacy in the second degree following a jury trial. We affirm. Rule 30.25(b).